**Le Roy SILVEY, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 27191.**

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

No appearance for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully operating a motor vehicle on a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $55 and confinement in the county jail for 3 days.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.